No. 3596. — CAPIFALLI, en representación de la menor

Agatha Lloveras, apda., *v.* Lloveras, aplte.—C. D. San Juan, Disto. 1º. Jun. 15, 1925. Alimentos Provisionales. Habiéndose archivado la transcripción de los autos tres días después de vencida la quinta prórroga del término que para ello concede la ley y dos después de notificada la moción de desestimación; de acuerdo con lo dispuesto en las reglas, 58 y 60 del Reglamento de este tribunal y con lo establecido en los casos de *Bosch* v. *Bosch,* 24 D.P.R. 608 y *Portela* v. *Viera,* 31 D.P.R. 413, *se desestima* el recurso.